**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

NESTOR ISIDRO PEREZ SALAS,

*Defendant.*

**23 CR 180 (KPF)**

**ORDER FOR ADMISSION**

**PRO HAC VICE**

The motion of Ruben Oliva, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida, and that his contact information is as follows

| | |
|---|---|
| Applicant's Name: | Ruben Oliva, Esq. |
| Firm Name: | Rojas & Oliva, P.A. |
| Address: | 15800 Pines Boulevard, Suite 206 |
| City/State/Zip: | Pembroke Pines, FL 33027 |
| Phone Number: | 305-373-6868 |
| Fax Number: | 305-373-6768 |
| Email Address: | rubenoliva@rojasoliva.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Nestor Isidro Perez Salas in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the pending motion at docket entry 162.

Dated:  January 28, 2025
        New York, New York

_____
HONORABLE JUDGE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE