

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 11, 2025

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   ***United States v. Carlos Omar Felix Gutierrez*, 23 Cr. 180 (KPF)**

Dear Judge Failla:

The Government writes, with the consent of defendant Carlos Omar Felix Gutierrez, to respectfully request that the status conference currently scheduled for Friday, March 14, 2025, at 12:30 p.m. be adjourned for approximately 45 days. The parties respectfully submit that the proposed adjournment would serve the ends of justice and judicial economy by allowing the parties to continue their ongoing negotiations regarding a potential pretrial disposition, and so that new defense counsel can review the voluminous discovery in this case. For the same reasons, the Government, with the consent of the defendant, also respectfully requests that the Court exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by: _____/s/_____
Nicholas S. Bradley / Sarah L. Kushner /
Jane Chong / David J. Robles
Assistant United States Attorneys
(212) 637-1581

cc:    Jacqueline E. Cistaro, Esq. (by ECF)