

— LAW OFFICES OF —
JACQUELINE E. CISTARO

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com
_____

April 28, 2025

***SENT VIA ECF AND ELECTRONIC MAIL***

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 1007

### Re: U.S. v. Carlos Omar Felix Gutierrez, 23 Cr. 00180 (KPF)

Your Honor:

We represent Carlos Omar Felix Gutierrez in the above-captioned matter and pursuant to the Criminal Justice Act (CJA). We write to respectfully request a 60-day adjournment of the status conference scheduled for April 29, 2025, as we are still reviewing the voluminous discovery in this case. The Government consents to this request.

Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro
David K. Bertan