

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____
December 15, 2025

***Via ECF***
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



***Re: United States of America v. Carlos Omar Felix Gutierrez, 23 Cr. 180 (KPF)***

Your Honor:

We represent Carlos Omar Felix Gutierrez in the above-referenced matter and pursuant to the Criminal Justice Act (CJA).[1]  We write to respectfully request that the Court appoint an additional attorney to assist undersigned counsels with the defense of Mr. Felix Gutierrez in the upcoming trial scheduled for April 20, 2026.

As the Court is aware, on April 4, 2023, twenty-three defendants were indicted, as alleged members of the Sinaloa Cartel, and charged with continuing criminal enterprise, international drug trafficking, money laundering, and destructive devices offenses. *See* Dkt. 2. The discovery in this case is complicated and voluminous dating back to 2014, which includes an alleged conspiracy by and between the twenty-three named co-defendants and unnamed co-defendants as well.  Further, the government estimates this trial will continue for 4-5 weeks. However, this estimate is an approximation and not conclusive as the government has no premonition as to whether the defendants will present a case, nor the length of deliberations by the jury.  Moreover, Mr. Felix Gutierrez, if convicted, is facing decades in prison.

Due to the nature of the case,[2] including volume, difficulty, and complexity of discovery, this Court approved co-defendants' applications for additional co-counsels.  *See* Dkts. 262 and 264.  We respectfully request ask that this Court appoint Thomas Dunn as co-counsel to assist us in this trial.  Mr. Dunn and I have tried multiple cases together and I expect that Mr. Dunn's involvement in this case will substantially assist in providing the best defense team for Mr. Felix

---

[1] David Bertan, Esq. was appointed to assist counsel on March 14, 2025.  *See* Dkt. 183.
[2] *See* United States District Court, Southern District of New York, Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act, CJA Plan § VII.C.4, May 31, 2023 ("In an extremely difficult case, where the Court finds it in the interest of justice and so states, a district judge may appoint two or more attorneys to represent one defendant and each attorney shall be paid for his or her services…").



LAW OFFICES OF
JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com
_____

Gutierrez.  I further request that Mr. Dunn receive the standard CJA rate of $175/per hour for appointed counsel as he has been a member of the SDNY CJA Panel for many years.

For the Court's convenience, we have included a "So Ordered" line should the Court grant our request.  Thank you so much for your time and kind consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro

cc:    All Counsel (*via* ECF)

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 271.

Dated:    December 15, 2025          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE