UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUBEN ROCHA MOYA,<br>ENRIQUE INZUNZA CAZAREZ,<br>ENRIQUE DIAZ VEGA,<br>DAMASO CASTRO ZAAVEDRA,<br>MARCO ANTONIO ALMANZA AVILES,<br>ALBERTO JORGE CONTRERAS NUNEZ,<br>   a/k/a "Cholo,"<br>GERARDO MERIDA SANCHEZ,<br>JOSE ANTONIO DIONISIO HIPOLITO,<br>   a/k/a "Tornado,"<br>JUAN DE DIOS GAMEZ MENDIVIL, and<br>JUAN VALENZUELA MILLAN,<br>   a/k/a "Juanito,"<br><br>                    Defendants. | **ORDER**<br><br>S9 23 Cr. 180 (KPF) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorneys Sarah L. Kushner, David J. Robles, and Jane Y. Chong;

It is found that the Indictment in the above-captioned action, S9 23 Cr. 180, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed on **April 29, 2026**, it is therefore

ORDERED that the Indictment, S9 23 Cr. 180, in the above-captioned action be unsealed on **April 29, 2026**, and, upon unsealing, shall remain unsealed pending further order of the Court.

Dated:   New York, New York
         April 29, 2026

_____
THE HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE