CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CRIMINAL DOCKET FOR CASE #: 4:26–mj–00618–EJM All Defendants
## *SEALED*
### *Internal Use Only*

Case title: USA v. SEALED

Date Filed: 05/12/2026

Other court case number: 1:23–CR–180–KPF Southern District of New York

Date Terminated: 05/12/2026

Assigned to: Magistrate Judge Eric J Markovich

### Defendant (1)

**Gerardo Merida Sanchez**
*TERMINATED: 05/12/2026*

represented by **Jordan Perry Malka**
Federal Public Defenders Office – Tucson
407 W Congress St., Ste. 501
Tucson, AZ 85701–1310
520–879–7671
Email: Jordan_malka@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| Terminated Counts | Disposition |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
| --- | --- |
| CT 1, 21:963 and 18:3238 Narcotics Importation Conspiracy; CT 2, 18:924(c)(1)(A), (c)(1)(B)(ii), 3328, and 2 Possession of machineguns and destructive devices; CT 3, 18:924(c) and 3238 Conspiracy to possess machineguns and destructive devices | |

### Plaintiff

**USA**

represented by **Arturo A Aguilar**
US Attorneys Office

405 W Congress St., Ste. 4800
Tucson, AZ 85701
520–620–7435
Fax: 520–620–7320
Email: Arturo.Aguilar@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/11/2026 | 1 | Arrest (Rule 40) of Gerardo Merida Sanchez. (Attachments: # 1 Superseding indictment) (cc: AUSA, Jordan Malka) (KAH) (Entered: 05/13/2026) |
| 05/12/2026 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Eric J Markovich: Initial Appearance in Rule 5(c)(3) Proceedings as to Gerardo Merida Sanchez held on 5/12/2026. Appearance entered by Arturo A Aguilar for USA, Jordan Perry Malka (FPD) appointed for defendant. Rule 5(c)(3) Identity Hearing waived on 5/12/2026. Warrant of Removal to be issued. It is ordered that the Marshal promptly remove defendant from the District of Arizona to the charging district. Interpreter required: Spanish. Detention Hearing to be held in the charging district. Thereafter, due to a clerical error, the correct case number for this matter shall be 26–00618MJ. (Recorded by COURTSMART.) Hearing held 3:03 PM to 3:05 PM. (cc: AUSA, Jordan Malka) (KAH) (Entered: 05/13/2026) |
| 05/12/2026 | 3 | WAIVER of Rule 5(c)(3) Hearing by Gerardo Merida Sanchez. (cc: AUSA, Jordan Malka) (KAH) (Entered: 05/13/2026) |
| 05/12/2026 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Gerardo Merida Sanchez. Defendant committed to District of Southern District of New York. Signed by Magistrate Judge Eric J Markovich on 5/12/26. (cc: USMS, AUSA, Jordan Malka) (KAH) (Entered: 05/13/2026) |
| 05/13/2026 | 5 | Notice to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Gerardo Merida Sanchez. Your case number is: 1:23–CR–180–KPF. The case is SEALED. *(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (KAH) (Entered: 05/13/2026) |

**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | | |
|---|---|---|
| **U.S. Magistrate Judge: Eric J. Markovich** | **Date: May 12, 2026** | SEALED |
| **USA v. Gerardo Merida Sanchez** | **Case Number: 26-00618MJ-001** | |

**Assistant U.S. Attorney:  Arturo Aguilar (assigned)**
**Attorney for Defendant:  Jordan Malka, (FPD)**
**Interpreter: Lucinda Bush/Ron Zellon**      **Language: Spanish**
**Defendant:  ☒  Present  ☒  Custody**

**INITIAL APPEARANCE**
☐  Complaint Filed                                        **Date of Arrest:  May 11, 2026**
☒  Warrant Other District
☐  Financial Affidavit taken          ☒  NO Financial Affidavit taken
☒  Government's motion for detention and request for a continuance of the Detention Hearing pursuant
  to 18§3142(e) & (f) is   ☒   Granted ☐ Denied
☒  Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
  ☒ 18§ 3142(f)   ☐ 18§ 3142(d)
☒  Detention Hearing to be held in the charging district.

**REMOVAL HEARING:**   ☒   Waived
☒  COMMITMENT TO ANOTHER DISTRICT ISSUED
☒  Defendant signs written Waiver of Removal Hearing. The Magistrate Judge finds, on the basis of
  Defendant's written waiver of removal hearing and this Magistrate Judge's receipt of the
  original/certified copy of the warrant from the **Southern District of New York**, that there is
  probable cause to believe that this defendant is the **Gerardo Merida Sanchez**, named in the said
  warrant, and that there is probable cause to believe that an offense has been committed against the
  laws of the United States of America.
☒  IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the
  charging district.
**OTHER:** Jordan Malka (FPD) is appointed as attorney of record for defendant. **Thereafter, due to a
clerical error, the correct case number for this matter shall be 26-00618MJ.**

**Recorded By** Courtsmart                                        **IA/RH: 2 min**
**Deputy Clerk** Rose Chavez

                                                                    **Start:  3:03 PM**
                                                                    **Stop:  3:05 PM**

CC: AUSA, Jordan Malka



## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

☒ FILED    ☐ LODGED

**May 12 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America** | **Case Number:** ~~26-00539MJ-001~~ |
| **v.** | **Charging District's Case No.** |
| **Gerardo Merida Sanchez** | **S8 23 Cr.180(KPF)**     SEALED |

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Southern District of New York.

The defendant may need an interpreter for this language:

The defendant:    ☐ will retain an attorney.

                ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:    5/12/2026

United States Magistrate Judge

CC: USM (2cc) Copies Distributed
CC: AUSA, Jordan Malka

AO 94 (Rev. 06/09) Commitment to Another District

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

☒ FILED   ☐ LODGED

**May 12 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America** | **Case Number:** ~~26-00539MJ~~-001 |
| **v.** | **Charging District's Case No.**  SEALED |
| **Gerardo Merida Sanchez** | S8 23 Cr.180 (KPF) |

### WAIVER OF RULE 5 & 5.1 HEARINGS
#### (Complaint or Indictment)

I understand that I have been charged in another district, the Southern District of New York.

I have been informed of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)  an identity hearing to determine whether I am the person named in the charges;
(3)  production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)  a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.
(5)  a hearing on any motion by the government for detention;
(6)  request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ · an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary

or detention hearing to which I may be entitled in this district.  I request that my ☐preliminary hearing and/or ☑detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   May 12, 2026

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney (if any)*

JORDAN MALKA
*Printed name of defendant's attorney (if any)*

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

CC: AUSA, Jordan Malka