Duration:

DOCKET No. 1:23-cr-00180-KPF-33 _____    DEFENDANT Gerardo Merida Sanchez _____

AUSA David Robles/Jane Chong _____    DEF.'S COUNSEL Sarah Krissoff _____

☐ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☑ PRESENTMENT ONLY

☑ SPANISH _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☑ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.

DATE OF ARREST 5/11/2026 _____  ☐ VOL. SURR.
TIME OF ARREST ____ 7PM ____  ☐ ON WRIT
☐ Other: _____  TIME OF PRESENTMENT 2:52PM ____

## BAIL DISPOSITION

☐ SEE SEP. ORDER

☑ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ BOND  ☐ ____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☑ CONFERENCE BEFORE D.J. ON 6/1/2026 _____
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 6/1/2026 _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED    ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED    ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____    ☐ ON DEFENDANT'S CONSENT

DATE: 5/15/2026 _____

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016