UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 23 Cr. 180-11 (KPF) |
| JUAN PABLO LOZANO, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The sentencing currently scheduled for June 10, 2026, in the above matter is hereby ADJOURNED to **June 12, 2026**, at **3:00 p.m.**

In addition, the Clerk of Court is directed to terminate the pending motion at docket entry 276, which motion is DENIED as moot because of Mr. Lozano's February 4, 2026 plea.

SO ORDERED.

Dated:    May 20, 2026
        New York, New York

*Katherine Polk Failla*

_____
KATHERINE POLK FAILLA
United States District Judge