

### LAW OFFICES OF
## JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

May 23, 2026

***VIA ECF***

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

### *Re: United States v. Carlos Omar Felix Gutierrez, 23 Cr. 00180 (KPF)*

Your Honor:

We represent Carlos Omar Felix Gutierrez in the above-captioned matter and pursuant to the Criminal Justice Act (CJA). We write to respectfully request an adjournment of the sentencing hearing, which is scheduled for June 2, 2026, as we are working with a bilingual mitigation specialist to collect information and documentation in preparation of our sentencing submission. If convenient for the Court, we request a sentencing date in August 2026. The government consents to this request.

Thank you for your time and kind consideration.

Very truly yours,

s/ Jacqueline E. Cistaro, Esq.
David K. Bertan, Esq.

cc:      All Counsel (*via* ECF)