

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 29, 2026

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:    <u>United States</u> v. <u>Gerardo Merida Sanchez</u>, S9 23 Cr. 180 (KPF)

Dear Judge Failla:

The Government respectfully writes to request that an initial conference be scheduled in the above-captioned matter.  On or about May 15, 2026, the defendant appeared before the Honorable Sarah Netburn for presentment and arraignment on the S9 23 Cr. 180 indictment; the defendant was detained on consent and Judge Netburn excluded time through June 1, 2026.  (Dkt. No. 330).  The parties are available for an initial conference before Your Honor on June 3, 4, 5, 10, 11, and 12, 2026, or on another date thereafter that works for the Court.

In addition, to facilitate pretrial discussions between the parties, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until the next conference date.  The defense consents to this application.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:  _____/s/_____

Jane Y. Chong / Sarah L. Kushner /
David J. Robles
Assistant United States Attorneys

The parties shall appear for the initial conference in the above matter on **June 1, 2026,** at **12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Time under the Speedy Trial Act was previously excluded through that date.  The Clerk of Court is directed to terminate the pending motion at docket entry 337.

SO ORDERED.

Dated:    May 29, 2026
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE