# KARLOFF C. COMMISSIONG, ESQ.

ATTORNEY AT LAW
405 LEXINGTON AVENUE
9TH FLOOR
NEW YORK, NY 10174

July 31, 2026

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:  <u>United States v. Silvano Francisco Mariano</u>, 25 Cr. 180 (KPF) – Request to be
Excused from Sentencing Proceeding

Dear Judge Failla:

I respectfully write to request that I be excused from attending the sentencing proceeding scheduled for Friday, July 31, 2026, in the above-captioned matter.

I am currently attending the Death Penalty College at Santa Clara University in connection with my appointment as learned counsel in a federal capital case that has a substantial likelihood of being authorized as a capital prosecution.  The training is specifically designed for attorneys representing defendants in potentially authorized capital cases and is directly related to my responsibilities in that matter.

Lead counsel will be present at the sentencing proceeding and is fully prepared to represent Mr. Mariano.  As a result, my absence will not affect Mr. Mariano's representation or the Court's ability to proceed as scheduled.

I apologize for making this request on the eve of the proceeding and appreciate the Court's consideration.  Accordingly, I respectfully request that the Court excuse my appearance.


Respectfully Submitted,
*Karloff C. Commissiong*
Karloff C. Commissiong, Esq.

Cc:    A.U.S.A. Jane Chong
       A.U.S.A. Sarah Kushner
       A.U.S.A. David Robles

The Court is in receipt of Defense counsel Ms. Onaodowan and Mr. Commissiong's requests to be excused from attending the sentencing proceeding scheduled for today.  Both have represented that Ms. Delince will act as lead defense counsel in their absence.

The applications are GRANTED.  Ms. Onaodowan and Mr. Commissiong are excused from attending the proceeding today.

The Clerk of Court is directed to terminate the pending motions at docket entries 355 and 356.

Dated:     July 31, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE