UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against –

SILVANO FRANCISCO MARIANO

    Defendant.

– – – – – – – – – – – – – – – – – – – X

NOTICE OF INTENT TO
REQUEST JUDICIAL REMOVAL

Criminal Docket No.23 Cr. 180 (KPF)

        NOTICE IS HEREBY GIVEN TO SILVANO FRANCISCO MARIANO ("the defendant")

and to his attorneys of record herein, Christine Delince, Esq., Esere J. Onaodowan, Esq., and

Karloff Commissiong, Esq., that upon conviction of the defendant for the offenses of Fentanyl

Importation Conspiracy, in violation of 21 U.S.C. §§ 963, 952(a), 959(a), 959(c), 960(a)(1),

960(a)(3), and 960(b)(2)(F), the United States of America shall request that the Court issue a

Judicial Order of Removal against the defendant pursuant to Section 238(c) of the Immigration

and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

Dated: New York, New York
      July 31, 2026

                                  James M. McDonald
                                  United States Attorney
                                  Southern District of New York

                          By:_____/s/_____
                                  Jane Chong
                                  Sarah Kushner
                                  David Robles
                                  Assistant United States Attorneys